IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 10-524** |
| | : | **BOP No. 66200-066** |
| **SHACOY MCNISH** | : | |

## ORDER TO REDUCE TERM OF IMPRISONMENT

**AND NOW**, this **22nd** day of **September 2020**, upon consideration of Defendant's Motion to Reduce Sentence Under 18 U.S.C. §3582(c), the Government's response, Defendant's reply, and for the reasons provided in this Court's Memorandum dated September 22, 2020, it is **ORDERED** that:

1. The motion (Document No. 169) is **GRANTED**.

2. McNish's term of imprisonment is reduced to time served. He shall be released from the custody of the Bureau of Prisons ("BOP") as soon as reasonably practicable, and he completes a 14-day quarantine at the FCI (unless, in the BOP's determination, this is not necessary because he has already been effectively quarantined, or is not practical given the resources of the facility; in that case, the Defendant should be ordered to self-quarantine for 14 days at the residence approved by the Probation Office).

3. Upon his release from custody, McNish shall begin serving a period of five years of supervised release.

4. For the first six months of the term of supervised release, the Court hereby imposes a condition of home confinement consistent with a release plan approved by the United States Probation Office, in addition to the conditions of supervised release previously imposed by the Court at sentencing. The Defendant must submit to this six-month period of home detention as soon as practicable and comply with the Location

1

Monitoring Program requirements as directed by the U.S. Probation Office. The Defendant shall be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The government will pay the cost of the monitoring.

5. Within twenty-four hours of release, McNish shall contact the United States Probation Office and shall follow its instructions.

6. **IT IS FURTHER ORDERED** that the Probation Office shall notify the Court if a release plan cannot be implemented by the time that the Bureau of Prisons is prepared to release the Defendant pursuant to this Order.

> **BY THE COURT:**
>
> **/s/Berle M. Schiller**
> **Berle M. Schiller, J.**